**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

THOMAS A. CENSKE,                    )   Case No. CV 17-04640-JAK (AS)
                  Petitioner,      )
                         )
        v.                   )        **JUDGMENT**
                         )
DAVID SHINN, Warden,                 )
               Respondent.      )
                         )
_____)

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 9, 2017

_____
        JOHN A. KRONSTADT
    UNITED STATES DISTRICT JUDGE